IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AUDREY BORRERO,

      Plaintiff,                    No. CIV S-10-322 KJM

      vs.

THE TRAVELERS INDEMNITY COMPANY,

      Defendant.              <u>ORDER</u>

_____/

        A status conference was held in this matter on May 12, 2010 before the undersigned. Stephen Morris appeared telephonically for plaintiff. Michelle Heverly appeared for defendant. Upon consideration of the status reports on file in this action, discussion of counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) shall be made within sixty days from the date of this order.

        2. Discovery related to class issues shall commence on August 1, 2010. Class related discovery, including the hearing of discovery motions, shall be completed by October 27, 2010. Discovery motions, if needed, shall be filed in accordance with Local Rule 37-251.

        3. An additional seven hours for the deposition of plaintiff shall be allowed.

/////

1    4. A further status conference is set for November 17, 2010 at 10:00 a.m. in
2 courtroom no. 26. A joint status report shall be filed no later than November 10, 2010.
3 DATED: May 27, 2010.

_____
U.S. MAGISTRATE JUDGE

006
borrero.oas

2