IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AUDREY BORRERO,

    Plaintiff,                      No. CIV S-10-322 KJM

    vs.

THE TRAVELERS INDEMNITY COMPANY,

    Defendant.                  ORDER

/

        Plaintiff has requested leave to file further briefing on the issue of whether California overtime laws provide for an unwaivable right and the application of such provision to the arbitrability of plaintiff's claims herein.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Plaintiff may file supplemental briefing on the above described issue no later than September 1, 2010.

        2.  Defendant may file a response no later than September 7, 2010.

DATED:  August 27, 2010.

006 borrero.fb

_____
U.S. MAGISTRATE JUDGE